**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RICHARD GAMBARO | ) | |
| | ) | |
| vs. | ) | C.A. 06-391ML |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Kenneth P. Madden, First Assistant U. S. Attorney, and hereby respectfully moves that this Court extend the time period during which the government must respond to the petition from September 29, 2006 to October 23, 2006. For grounds, the undersigned Assistant U. S. Attorney states that he will be unable to complete the response by September 29, 2006 due to the current workload of the undersigned.

WHEREFORE, the government respectfully moves that the motion be granted.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Kenneth P. Madden
KENNETH P. MADDEN
First Assistant U.S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5002 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680

**CERTIFICATION OF SERVICE**

I hereby certify that on the 28th day of September, 2006, I electronically filed and served by ordinary mail, postage pre-paid, the Within Government's Motion For Extension Of Time to:

Richard Gambaro
Reg. No. 05090-070
FCI Fairton
P.O. Box 420
Fairton, NJ 08320.

/s/ Kenneth P. Madden
KENNETH P. MADDEN
First Assistant U.S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5002 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680