Richard Gambaro #05090-070
F.C.I. Fairton
Post Office Box 420
Fairton, New Jersey 08320

November 15, 2006

Honorable Mary M. Lisi,
United States District Court Judge
For The District of Rhode Island
119 Federal Building & Courthouse
One Exchange Terrace
Providence, Rhode Island 02903-1779

**Re: Richard Gambaro v. United States**
**Docket No. 06-391 ML**

Dear Judge Lisi:

Please acknowledge this letter in lieu of a formal request for discovery, pursuant to the Rules governing 28 U.S.C. § 2255 proceedings. More specifically, Petitioner is requesting under Rule 6 of the Rules governing § 2255 proceedings, a copy of The International Convention On The Elimination Of All Forms Of Racial Discrimination, (hereinafter, referred to as the "Convention"), which isn't available in the Law Library at Fairton Federal Correctional Institution, and unfortunately Petitioner don't have any other means of obtaining said document, and thus, cannot properly submit a traverse to the Government' response to his § 2255 motion.

Petitioner further requests an opportunity to be heard with counsel appointed by the Court, with regards to the Convention and how Petitioner's sentence is at odds with said Convention.

The basis of the above mentioned requests is that the Government, in it's response to Petitioner's motion to vacate, set aside, or correct his sentence, has opened the door allowing for such discovery, and/or has shown the necessity for Petitioner to define the exact terms and parameters of the International Convention On The Elimination Of All Forms Of Racial Discrimination, and to provide the Court with details such as when the United States Congress ratified the Convention; the interaction between the Constitution of the United States and the above mentioned Convention; and/or whether the Convention sweeps more broadly than the Constitution; and exactly how Petitioner's sentence violated the terms of the Convention.

Notably, Petitioner's knowledge of and/or became aware of the above mentioned Convention and treaty via a law review pertaining to a recent article published by the American Constitution Society for law and Policy, by Nkechi Taifa, Howard University Law Professor.

Interestingly and significantly, this article reviewed the racial neutrality in laws imposed by the Convention, and suggests that the 100 to 1 ration for crack cocaine offenses has a significant disparate impact upon black citizens, and thus, would seem to violate the terms of the Convention or treaty.

This article and treat also provide one more piece of information to a judge who may already be predisposed to disagree with the 100 to 1 ration, and begs the question that because the above mentioned treaty has been in effect since 1994, then why haven't it been raised in a previous case, or why haven't counsel raised it in the instant case during sentencing?

In sum, in order to determine the validity and true extent of the Convention and treaty, or whether or not counsel was ineffective for failing to raise it during Petitioner's sentencing proceeding, this Court and Petitioner should at the very least have the benefit of reading the entire treaty, and submit arguments based upon it.

WHEREFORE, PREMISES CONSIDER, Petitioner prays that this Honorable Court will grant the relief requested, and any further relief that this Court deems fair and proper.

Respectfully submitted,

Richard Gamaro, pro se

Richard Gamaro

cc: United States Attorney's Office,
file.